DISTRICT JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JAIME PATRICK EDGTTON,<br><br>　　　　　Defendant. | NO. CR12-5605RJB<br><br>[PROPOSED] ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING DATE |

THE COURT having considered the motion for continuance of the sentencing date, and the records and files herein, the Court hereby makes the following finding:

1.　The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation for the sentencing hearing;

IT IS THEREFORE ORDERED that the sentencing date is continued from September 5, 2013 to November 14, 2013.

DONE this 29 day of Aug, 2013.

_____
DISTRICT JUDGE ROBERT J. BRYAN

[PROPOSED] ORDER ON MOTION TO CONTINUE SENTENCING DATE

LAW OFFICE OF TIMOTHY R. LOHRAFF
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 940-6523
Lohrafflaw@gmail.com